**McNULTY BROS. COMPANY, a Corporation, and D. A. McVey, Appellants, v. Bernard F. KENNEDY, Appellee.**

No. 8751.

United States Court of Appeals
District of Columbia.

Argued March 15, 1945.

Decided April 16, 1945.

Mr. Cornelius H. Doherty, of Washington, D. C., for appellants.

Mr. Dorsey K. Offutt, of Washington, D. C., for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

We conclude, upon examination of the record, that it was proper, in view of the facts, for the trial court to instruct the jury as it did upon the doctrine of the last clear chance; and that the record contains no reversible error.

Affirmed.